IN THE UNITED STATES BANKRUKPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

RE:    RUSSEL S. BLEILER< III           :        BK. NO.  21-12341 MDC
                    Debtor

                                        :        CHAPTER NO. 13


**NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND
SERVICE OF ALL DOCUMENTS, REQUEST FOR MATRIX ENTRY
AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of bankruptcy Procedure 9010(b) of Title 11 (the "Bankruptcy Code") of the United States Code, David L. Marshall, Esquire, hereby appears as counsel for Sharon Bleiler  ("Sharon Bleiler"), a creditor in the captioned alleged Debtor's (the "Debtor") Chapter 7 case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9001 and 9010 and Section 342 of the Bankruptcy Code, Sharon Bleiler  hereby requests that all documents filed with the Court, all notices given or required to be given in the Debtor's case, and all papers served or required to be served in this case, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this case:

> David L. Marshall, Esquire
> Eastburn and Gray, P.C.
> 60 East Court Street
> Doylestown, Pa.  18901
> Phone: 215-345-7000
> Fax: 215-345-9142
> Email: dmarshall@eastburngray.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and

Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, including Sharon Bleiler, with respect to, without limitation, (i) the Debtor, (ii) property of the estate, or proceeds thereof, in which the Debtor may claim an interest, or (iii) property, or proceeds thereof, in the possession, custody or control of others, that the Debtor may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by Sharon Bleiler.

**PLEASE TAKE FURTHER NOTICE** that the Sharon Bleiler intends that neither this Entry of Appearance nor any later appearance, pleading, claim or suit shall waive (a) Sharon Bleiler's right to have final orders and non-core matters entered only after *de novo* review by a District Judge; (b) Sharon Bleiler's right to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) Sharon Bleiler's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupment to which Sharon Bleiler is  or may be entitled.

David L. Marshall, Esquire
Eastburn and Gray, P.C.
60 East Court Street
Doylestown, Pa.  18901

Phone: 215-345-7000
Fax: 215-345-9142
Email: dmarshall@eastburngray.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Entry of Appearance is being filed electronically this 2nd day of November, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Notice of this filing will be sent by regular U. S. mail, postage prepaid, to those parties not electronically served.

<u>/s/ David L. Marshall</u>
David L. Marshall, Esquire
Eastburn and Gray, P.C.
60 East Court Street
Doylestown, Pa.  18901
Phone: 215-345-7000
Fax: 215-345-9142
Email: dmarshall@eastburngray.com