**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 21-12341-MDC |
| | : | |
| RUSSEL S. BLEILER III | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

    I, David Marshall, hereby certify that the Objection of Sharon Bleiler to Debtor's Chapter 13 Plan of October 22, 2021 has been filed electronically on this date and is available for viewing and downloading from the Court's Electronic Filing System. The undersigned certifies that on November 29, 2021, I caused the Objection to Debtor's Plan of October 22, 2021 Claim be served via electronic service upon the U. S. Trustee, the Chapter 13 Trustee, counsel for the Commonwealth of Pennsylvania office of Atty. Gen., and counsel for Debtor through the Court's ECF system.

                                            EASTBURN & GRAY, P.C.

                                            By:     */s/ David L. Marshall*

                                            David L. Marshall, Esquire
                                            Attorney for F.J.P. Contracting, LLC
                                            Attorney I. D. No. 19356
                                            Eastburn and Gray, P.C.
                                            60 East Court Street
                                            Doylestown, Pa. 18901
                                            (215)345-7000
                                            Fax No. 215-345-9142

Dated: November 29, 2021