**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Russel S. Bleiler III<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　　　Movant<br>　　　vs.<br>Russel S. Bleiler III<br>　　　　　　　　　Debtor(s)<br>Sharon C. Bleiler<br>　　　　　　　　　Co-Debtor<br>Kenneth E. West, Esq.<br>　　　　　　　　　Trustee | NO. 21-12341 MDC<br><br>11 U.S.C. Section 362 and 1301 |

## **AMENDED CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of US Bank National Association, Not in Its Individual Capacity But Solely as Owner Trustee For VRMTG Asset Trust for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on November 19, 2021, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Russel S. Bleiler III
293 Midfield Drive
Ambler, PA 19002

Co-Debtor(s)
Sharon C. Bleiler
293 Midfield Drive
Ambler, PA 19002
Via first class mail

David L. Marshall
Eastburn and Gray, PC
60 East Court Street
Doylestown, PA 18901
VIA ECF

Attorney for Debtor(s)
Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
 Philadelphia, PA 19102
VIA ECF

<u>Trustee</u>
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

<u>Office of the US Trustee</u>
UNITED STATES TRUSTEE
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: November 30, 2021

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
Attorneys for Movant/Applicant