United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12341-mdc |
| Russel S. Bleiler, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russel S. Bleiler, III, 293 Midfield Dr, Ambler, PA 19002-1127 |
| 14641896 | + | Aishwarya Patel, 1524 Pwonal Dr., Morrisville, PA 19067-2758 |
| 14634356 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14641897 | + | Bank of America, NA, PO Box 31785, Tampa, FL 33631-3785 |
| 14641900 | + | Carol A. Shelly, Esq, 70 W. Oakland Ave., Ste. 208, Doylestown, PA 18901-4214 |
| 14632649 | + | Carol E. Momjian, SDAG, PA Office of Attorney General, Financial Enforcement Section, 1600 Arch Street, 3rd Floor, Phila., PA 19103-2028 |
| 14641904 | | Commonwealth of PA, Dept. of Revenue, Bureau of Trust Fund Taxes, P.O. Box 280905, Harrisburg, PA 17128-0905 |
| 14641905 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14641906 | + | Everett K. Sheintoch, Esquire, 415 Horsham Road, Horsham, PA 19044-2068 |
| 14641907 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14641908 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 14632795 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14641909 | + | Fox, Rothschild, O'Brien, Frankel, LLP, 2000 Market Street, 10th Floor, Philadelphia, PA 19103-7006 |
| 14645622 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |
| 14641912 | #+ | John Durkin & Co., 263 S. York Road, Hatboro, PA 19040-3427 |
| 14641913 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14641915 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14641917 | + | Schmitt Construction, Inc., 1020 Springhouse Dr., Ambler, PA 19002-1169 |
| 14647547 | #+ | Sharon Bleiler, 417 N. Front St.', Philadelphiua, PA 19123-4205 |
| 14641919 | #+ | Sharon Bleiler, 417 N. Front Street, Philadelphia, PA 19123-4205 |
| 14647571 | + | Sharon Bleiler, c/o David L. Marshall, Esquire, Eastburn and Gray, P.C., 60 East Court Street, Doylestown, Pa. 18901-4337 |
| 14632263 | + | Truist Bank, c/o Christine L. Barba, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7507 |
| 14641921 | | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14651337 | + | US Bank Trust National Association, as Trustee for VRMTG Asset Trust, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14651112 | + | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14647419 | | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |
| 14652420 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 03 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2021 23:25:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 03 2021 23:34:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641899 | | Email/Text: bankruptcy@bbandt.com | Dec 03 2021 23:25:00 | BB&T Bankruptcy, PO Box 1847, Michael Ransome, Wilson NC 27894 |
| 14641898 | | Email/Text: bankruptcy@bbandt.com | Dec 03 2021 23:25:00 | BB&T Bankruptcy, PO Box 1847, Wilson NC 27894 |
| 14641901 | | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14641902 | | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14641903 | + | Email/Text: bankruptcy@philapark.org | Dec 03 2021 23:25:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14641910 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2021 23:25:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14646054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2021 23:34:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14632538 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14641914 | + | Email/Text: bankruptcy@philapark.org | Dec 03 2021 23:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14641916 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2021 23:34:55 | Porfolio Recovery Associates, LLC, P O Box 41067, Norfolk, VA 23541-1067 |
| 14632126 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 23:34:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641920 | | Email/Text: DASPUBREC@transunion.com | Dec 03 2021 23:25:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14645623 | + | Email/Text: bankruptcy@bbandt.com | Dec 03 2021 23:25:00 | Truist Bank f/k/a Branch Banking and Trust Company, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 14641921 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2021 23:25:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14652420 | | Email/Text: EDBKNotices@ecmc.org | Dec 03 2021 23:25:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| 14641918 | | Sharon Bleiler |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | Sharon Bleiler, 417 N. Front Street, Philadelphia, PA 19123-4205 |
| 14641911 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| CHRISTINE LEIGH BARBA | on behalf of Creditor Truist Bank barbac@ballardspahr.com |
| DAVID L. MARSHALL | on behalf of Creditor Sharon Bleiler DMARSHALL@EASTBURNGRAY.COM eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Russel S. Bleiler  III mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RUSSEL S. BLEILER, III | Chapter 13 |
| Debtor | Bankruptcy No. 21-12341-MDC |

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 2, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
RUSSEL S. BLEILER, III

293 MIDFIELD DR

AMBLER, PA 19002